FILED
CHARLOTTE, NC

JUN 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

T

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:25-cr-29-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | |
| ) | |
| MARCOS RIOS, ) | Violations: 8 U.S.C. § 1306(b) |
| a/k/a MARCOS ANTONIO RIOS, ) | 8 U.S.C. §§ 1326(a) and (b)(1) |
| a/k/a MARCOS ANTONIO RODRIGUEZ ) | |
| ) | |

## COUNT ONE

On or about May 10, 2025, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**MARCOS RIOS,
a/k/a MARCOS ANTONIO RIOS,
a/k/a MARCOS ANTONIO RODRIGUEZ**

being an alien, was found in the United States after having been removed therefrom on or about September 30, 2020, at or near Hidalgo, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

## COUNT TWO
(FAILURE TO NOTIFY ABOUT A CHANGE OF ADDRESS -- 8 U.S.C. § 1306(b))

On or about May 10, 2025, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**MARCOS RIOS,
a/k/a MARCOS ANTONIO RIOS,
a/k/a MARCOS ANTONIO RODRIGUEZ**

an alien, failed to give written notice to the Attorney General of a change of his address within

1

ten days from the date of such change, as required by 8 U.S.C. § 1305.

In violation of Title 8, United States Code, Section 1306(b).

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

*[signature]*
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

2

Case 5:25-cr-00029-KDB-DCK    Document 1    Filed 06/18/25    Page 2 of 2