AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
Charlotte
Jun 25 2025
U.S. District Court
Western District of N.C.

| | |
|---|---|
| United States of America<br>v.<br>MARCOS RIOS<br><br>*Defendant* | )<br>)<br>)  Case No. 5:25-cr-29-KDB<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARCOS RIOS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. § 1306(b)
8 U.S.C. §§ 1326(a) and (b)(1)

Date: 6/18/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 6-18-2025, and the person was arrested on *(date)* 6-23-2025
at *(city and state)* Charlotte, NC.

Date: 6-23-2025

*Arresting officer's signature*

Kyle Wear DO/ICE
*Printed name and title*

Case 5:25-cr-00029-KDB-DCK  Document 2  Filed 06/18/25  Page 1 of 1
Case 5:25-cr-00029-KDB-DCK  Document 8  Filed 06/25/25  Page 1 of 1